**Order entered June 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01362-CR

**JOSE JESUS YANEZ-TREJO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-39647-T**

## ORDER

The Court **REINSTATES** the appeal.

On May 19, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have now received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the May 19, 2015 order requiring findings.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     ADA BROWN
         JUSTICE